2

AO 440 (Rev. 1/90) Summons in a Civil Action

**Charles Arendale** RETURN OF SERVICE  B-02-225

Service of the Summons and Complaint was made by me[1]   DATE 12/4/02

NAME OF SERVER (PRINT) Lisa Brodyaga    TITLE Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

United States District Court
Southern District of Texas
FILED

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

DEC 16 2002

Michael N. Milby
Clerk of Court

☐ Returned unexecuted: _____

☒ Other (specify): Received by Johnny J. Luna, Deportation Officer 12/4/02

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/4/02
            Date                    Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.