United States District Court
Southern District of Texas
FILED

DEC 1 6 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CESAR LUCIO ) | |
| ) | |
| v. ) | C.A. B-02-225 |
| ) | |
| CHARLES ARENDALE, et al, ) | |

**PETITIONER'S OPPOSED MOTION TO HOLD IN ABEYANCE PENDING A DECISION IN *SALAZAR-REGINO v. TROMINSKI*, C.A. B-02-045**

Petitioner, by and through the undersigned, respectfully urges that the instant case be held in abeyance, pending resolution of *Salazar-Regino v. Trominski,* CA B-02-045.

The instant case involves many of the same issues as *Salazar-Regino*. Indeed, it appears that with only minor exceptions, [1] all of the issues presented by any of the cases in this series are presented in *Salazar-Regino,* although not all of them have all of the issues presented therein. Consequently, a decision on the issues presented in *Salazar-Regino* would also dispose of the other cases in this series. Since there are already several cases in this series, and will doubtless be many more, the undersigned has spoken with Lisa Putnam, counsel for Respondents, about the possibility of holding these cases in abeyance, pending a decision in *Salazar-Reyna*. Unfortunately, Ms. Putnam has stated that she cannot agree to said motion, which is therefore opposed.

---

[1] *Reyna-Montoya v. Cabrera,* CA B-02-144 now presents the issue of the impact of the Order from the criminal Court, withdrawing his plea of guilty. *Rodriguez-Castro v. Cabrera,* CA B-02-228 presents a sub-issue, involving the manner in which his sentence would have been calculated, had he been convicted in federal, rather than state, court, and in *Lucio v. Arendale,* CA B-02-225, an alternative claim involving the exercise of discretion.

Respectfully Submitted,

/s/ Lisa S. Brodyaga

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID.  1178
Texas Bar 03052800

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing, and proposed Order, was mailed, first-class postage prepaid, to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen TX 78551, this 17th day of December, 2002.

