```
                                          United States District Court
                                          Southern District of Texas
                                                 ENTERED
        UNITED STATES DISTRICT COURT          DEC 1 9 2002
     FOR THE SOUTHERN DISTRICT OF TEXAS
             BROWNSVILLE DIVISION           Michael N. Milby, Clerk of Court
                                            By Deputy Clerk
```

CESAR LUCIO,                    )
                                )
v.                              )    C.A. B-02-225
                                )
CHARLES ARENDALE, et al,        )
                                )

**ORDER GRANTING PETITIONER'S MOTION TO HOLD IN ABEYANCE PENDING A DECISION IN *SALAZAR-REGINO v. TROMINSKI*, C.A. B-02-045**

Before the Court is Petitioner's Motion to hold the instant case in abeyance, pending resolution of the lead case in this series, *Salazar-Regino v. Trominski*, CA B-02-045, and the response, if any of the Government to said motion.

The Court being of the opinion that the interests of justice, and judicial economy, will be served by holding the case at bar in abeyance pending resolution of *Salazar-Regino*, and for that reason, hereby GRANTS Petitioner's motion.

IT IS THEREFORE ORDERED THAT proceedings herein be, and the same hereby are, in abeyance until *Salazar-Regino v. Trominski*, CA B-02-045 has been fully and finally resolved

DONE at Brownsville, Texas

this /8 day of DECEMBER 2002

_____
JUDGE PRESIDING