CA B-82-0025

| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| *Read Instructions on Back.* | TRANSCRIPT ORDER | |

| 1. NAME Felix Recio | 2. PHONE NUMBER 956/548-2701 | 3. DATE 01/23/03 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #203 | 5. CITY Brownsville | 6. STATE TX | 7. ZIP CODE 78520 |

| 8. CASE NUMBER CA B-02-045 & 8 other related cases | 9. JUDICIAL OFFICIAL Felix Recio | DATES OF PROCEEDINGS |
|---|---|---|

| | | 10. FROM 01-23-03 | 11. TO 01-23-03 |
|---|---|---|---|

| 12. CASE NAME SALAZAR-REGINO VS TROMINSKI, ET AL | LOCATION OF PROCEEDINGS |
|---|---|

| | 13. CITY Brownsville | 14. STATE Texas |
|---|---|---|

**15. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☒ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | United States District Court Southern District of Texas FILED | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | JAN 2 4 2003 | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | |
| ☐ SENTENCING | Michael N. Milby | Evidentiary hearing | 01/23/03 |
| ☐ BAIL HEARING | Clerk of Court | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| **CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|
| 18. SIGNATURE | PROCESSED BY |
| 19. DATE January 23, 2003 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| DEPOSIT PAID | |
|---|---|
| TOTAL CHARGES | |
| LESS DEPOSIT | |
| TOTAL REFUNDED | |
| TOTAL DUE | |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY

AO435
(Rev 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

*Read Instructions on Back.*

FOR COURT USE ONLY
**DUE DATE:**

CAB-02-225   13

| 1. NAME Felix Recio | 2. PHONE NUMBER 956/548-2701 | 3. DATE 01/24/03 | |
|---|---|---|---|
| 4. MAILING ADDRESS 600 E. Harrison, #203 | 5. CITY Brownsville | 6. STATE TX | 7 ZIP CODE 78520 |

| 8. CASE NUMBER CA B02-045 & 8 other related cases | 9. JUDICIAL OFFICIAL Felix Recio | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 01-24/03    11. TO 01/24/03 |

| 12. CASE NAME SALAZAR-REGINO VS TROMINSKI, ET AL | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY Brownsville    14. STATE Texas |

**15. ORDER FOR**

- ☐ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | United States District Court | | |
| ☐ OPENING STATEMENT (Defendant) | Southern District of Texas FILED | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDINGS (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | JAN 2 4 2003 | | |
| ☐ JURY INSTRUCTIONS | Michael N. Milby | ☒ OTHER (Specify) | |
| ☐ SENTENCING | Clerk of Court | Evidentiary hearing | 01/24/03 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☑ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

| | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE January 24, 2003 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY