IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CESAR LUCIO, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. B-02-225 |
| CHARLES ARENDALE, ACTING | ) |
| DIRECTOR, HLG/DO, and | ) |
| JOHN ASHCROFT, UNITED STATES | ) |
| ATTORNEY GENERAL | ) |
| | ) |

RESPONDENTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
OBJECTIONS TO THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this motion for extension of time to file objections to the Magistrate Judge's Report and Recommendation dated March 26, 2003, in the above-entitled case.

Objections to the Report and Recommendation are due on April 9, 2003. The Respondents' request that they be given until April 14, 2003, to file any and all objections to the Magistrate Judge's Report and Recommendation.

Petitioners' counsel, Lisa Brodyaga, has been contacted regarding this request and expressed she would not be opposed to the extension of time as requested.

Based on the foregoing, the Respondents respectfully request an extension of time to file their objections to the Magistrate Judge's Report and Recommendation until April 14, 2003.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

April 7, 2003

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion for Extension of Time to File Objections to the Magistrate Judge's Report and Recommendation was mailed via first class mail, postage prepaid to:

> Lisa Brodyaga, Esquire
> Refugio Del Rio Grande
> 17891 Landrum Park Rd.
> San Benito, TX  78586

on this 7th day of April, 2003.

LISA M. PUTNAM
Special Assistant United States Attorney

3