United States District Court
Southern District of Texas
FILED

MAY 0 6 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CESAR LUCIO, )
)
v. ) C.A. B-02-225
)
CHARLES ARENDALE, ET AL )
)

**PETITIONER'S ADVISAL OF NON-OPPOSITION TO RESPONDENTS' MOTION TO HOLD HIS CASE IN ABEYANCE, PENDING FULL AND FINAL RESOLUTION OF *SALAZAR-REGINO*, CA B-02-045.**

Petitioner, through counsel, hereby advises this Honorable Court that he has no opposition to the motion of the Government to hold his case in abeyance until such time as the companion case, *Salazar-Regino v. Trominski*, CA B-02-045, has been fully and finally resolved.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586
(956) 421-3226
(956) 421-3423 (fax)
Fed. ID. 1178
Texas Bar 03052800

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, and Proposed Order, were personally served on the Office of Lisa Putnam, SAUSA, this 6th day of May, 2003.

