UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| TEODULO CANTU-DELGADILLO, | ) | |
| v. | ) | C.A. B-02-114 |
| E.M. TROMINSKI, et al. | ) | |
| DANIEL CARRIZALOS-PEREZ, | ) | |
| v. | ) | C.A. B-02-136 |
| AARON CABRERA, et al. | ) | |
| MANUEL SANDOVAL-HERRERA, | ) | |
| v. | ) | C.A. B-02-138 |
| AARON CABRERA, et al. | ) | |
| RAUL HERNANDEZ-PANTOJA, | ) | |
| v. | ) | C.A. B-02-197 |
| JOHN ASHCROFT, et al. | ) | |
| JOSE MARTIN OVIEDO-SIFUENTES | ) | |
| v. | ) | C.A. B-02-198 |
| CHARLES ARENDALE, et al. | ) | |
| CESAR LUCIO, | ) | |
| v. | ) | C.A. B-02-225 |
| CHARLES ARENDALE, et al. | ) | |
| PRAXEDIS RODRIGUEZ-CASTRO | ) | |
| v. | ) | C.A. B-02-228 |
| AARON CABRERA, et al. | ) | |

EXHIBIT "A" IN SUPPORT OF
MOTION TO RETURN CASE TO FIFTH CIRCUIT

# General Docket
## US Court of Appeals for the Fifth Circuit

```
Court of Appeals Docket #: 03-41492                    Filed: 10/29/03
Nsuit:    0
Salazar-Regino, et al v. Trominski, et al
Appeal from: Southern District of Texas, Brownsville
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
Lower court information:

    District: 0541-1 : 1:02-CV-45
    Ordering Judge: Hilda G Tagle, US District Judge
    Court Reporter: Eric Schwab, Court Reporter
    Court Reporter: Breck Record, Court Reporter
    Date Filed: 3/8/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-114
    Date Filed: 5/29/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-136
    Date Filed: 7/3/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-138
    Date Filed: 7/8/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-197
    Date Filed: 10/11/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-198
    Date Filed: 10/15/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-225
    Date Filed: 12/2/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:02-CV-228
    Date Filed: 12/6/02
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
    District: 0541-1 : 1:03-CV-2
    Date Filed: 1/6/03
    Date order/judgment: 10/2/03
    Date NOA filed: 10/17/03
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```
Fee status: Paid
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

03-41492 Salazar-Regino, et al v. Trominski, et al

Prior cases:
   None
Current cases:
             Lead         Member       Start      End
   Additional Appeal:
             04-60897     05-60673     7/15/05
             05-60496     05-60779     8/10/05
   Related:
             03-41492     03-50907     3/8/04
             03-41492     04-60255     10/6/04
             03-41492     04-60897     1/21/05
             03-41492     05-60194     3/31/05
             03-41492     05-60495     6/9/05
             03-41492     05-60496     6/20/05
             03-41492     05-60593     6/28/05
             03-41492     05-60594     6/28/05
             03-41492     05-60595     6/28/05
             03-41492     05-60596     6/28/05
             03-41492     05-60698     8/1/05
             03-41492     05-60692     8/17/05
             03-41492     05-60503     8/17/05
             03-41492     05-60626     8/17/05
             04-41624     03-41492     1/28/05
             05-40557     03-41492     4/28/05
             05-60627     03-41492     7/22/05
             05-60555     03-41492     7/29/05
             05-60778     03-41492     8/19/05
             05-60770     03-41492     8/19/05
             05-60798     03-41492     8/22/05

Docket as of October 5, 2005 4:29 pm                    Page 2

---

03-41492 Salazar-Regino, et al v. Trominski, et al

LAURA ESTELA SALAZAR-REGINO          Jodilyn Marie Goodwin
    Petitioner - Appellant           FAX 956-428-7360
                                     956-428-7212
                                     [COR NTC ret]
                                     Jodi Goodwin Law Office
                                     1322 E Tyler Avenue
                                     Harlingen, TX 78550-7142

                                     Lisa S Brodyaga
                                     FAX 956-421-3423
                                     956-421-3226
                                     [COR LD NTC ret]
                                     Refugio de Rio Grande
                                     17891 Landrum Park Road
                                     San Benito, TX 78586

```
TEODULO CANTU-DELGADILLO              Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]

                                      Lisa S Brodyaga
                                      (See above)
                                      [COR LD NTC ret]

DANIEL CARRIZALES-PEREZ                Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]

                                      Lisa S Brodyaga
                                      (See above)
                                      [COR LD NTC ret]

MANUEL SANDOVAL-HERRERA                Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]

                                      Lisa S Brodyaga
                                      (See above)
                                      [COR LD NTC ret]

RAUL HERNANDEZ PANTOJA                 Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]

                                      Lisa S Brodyaga
                                      (See above)
                                      [COR LD NTC ret]

JOSE MARTIN OVIEDO-SIFUENTES           Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]

                                      Lisa S Brodyaga
                                      (See above)

Docket as of October 5, 2005 4:29 pm                    Page 3
```

---

```
03-41492 Salazar-Regino, et al v. Trominski, et al

                                      [COR LD NTC ret]

CESAR LUCIO                            Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]

                                      Lisa S Brodyaga
                                      (See above)
                                      [COR LD NTC ret]

PRAXEDIS RODRIGUEZ                     Jodilyn Marie Goodwin
     Petitioner - Appellant           (See above)
                                      [COR NTC ret]
```

```
                                    Lisa S Brodyaga
                                    (See above)
                                    [COR LD NTC ret]

NOHEMI RANGEL-RIVERA                Jodilyn Marie Goodwin
    Petitioner - Appellant          (See above)
                                    [COR NTC ret]

                                    Lisa S Brodyaga
                                    (See above)
                                    [COR LD NTC ret]

  v.

E M TROMINSKI                       Margaret J Perry
    Respondent - Appellee           FAX 202-616-9366
                                    202-616-9310
                                    [COR LD NTC gvt]
                                    US Department of Justice
                                    Office of Immigration
                                    Litigation
                                    PO Box 878
                                    Ben Franklin Station
                                    Washington, DC 20044

                                    Paul Fiorino
                                    FAX 202-610-9950
                                    202-353-9986
                                    Room 9400
                                    [COR LD NTC gvt]
                                    US Department of Justice
                                    Civil Division Immigration
                                    Litigation
                                    1331 Pennsylvania Avenue NW
                                    Washington, DC 20004

ALBERTO R GONZALES, U S             Margaret J Perry
ATTORNEY GENERAL                    (See above)
    Respondent - Appellee           [COR LD NTC gvt]

Docket as of October 5, 2005 4:29 pm                Page 4
```

---

03-41492 Salazar-Regino, et al v. Trominski, et al

```
                                    Paul Fiorino
                                    (See above)
                                    [COR LD NTC gvt]

AARON CABRERA                       Margaret J Perry
    Respondent - Appellee           (See above)
                                    [COR LD NTC gvt]

CHARLES ARENDALE, Acting            Margaret J Perry
Director                            (See above)
    Respondent - Appellee           [COR LD NTC gvt]
```

Docket as of October 5, 2005 4:29 pm                Page 5

---

03-41492 Salazar-Regino, et al v. Trominski, et al

LAURA ESTELA SALAZAR-REGINO

        Petitioner - Appellant

  v.

E M TROMINSKI, District Director, INS;
ALBERTO R GONZALES, US Attorney General

        Respondents - Defendants

---

TEODULO CANTU-DELGADILLO

        Petitioner - Appellant

  v.

E M TROMINSKI, District Director, INS;
ALBERTO R GONZALES, US Attorney General

        Respondents - Defendants

---

DANIEL CARRIZALES-PEREZ

        Petitioner - Appellant

  v.

AARON CABRERA, Acting Director, INS, Acting Director
HLG/DO; ALBERTO R GONZALES, Attorney General of the United States

        Respondents - Defendants

---

MANUEL SANDOVAL-HERRERA

        Petitioner - Appellant

  v.

AARON CABRERA, Acting Director, INS;
ALBERTO R GONZALES, Attorney General of the United States

        Respondents - Defendants

---

RAUL HERNANDEZ PANTOJA

        Petitioner - Appellant

v.

Docket as of October 5, 2005 4:29 pm                              Page 6

---

03-41492 Salazar-Regino, et al v. Trominski, et al

ALBERTO R GONZALES, US Attorney General;
CHARLES ARENDALE, Acting Director

        Respondents - Defendants

---

JOSE MARTIN OVIEDO-SIFUENTES

        Petitioner - Appellant

  v.

CHARLES ARENDALE, Acting Director;
ALBERTO R GONZALES, US Attorney General

        Respondents - Defendants

---

CESAR LUCIO

        Petitioner - Appellant

  v.

CHARLES ARENDALE, Acting Director
ALBERTO R GONZALES, US Attorney General

        Respondents - Defendants

---

PRAXEDIS RODRIGUEZ

        Petitioner - Appellant

  v.

AARON CABRERA; ALBERTO R GONZALES, US Attorney General

        Respondents - Defendants

---

NOHEMI RANGEL-RIVERA

        Petitioner - Appellant

  v.

AARON CABRERA; ALBERTO R GONZALES

Respondents - Appellees

03-41492 Salazar-Regino, et al v. Trominski, et al

| Date | Entry |
|---|---|
| 10/29/03 | Prisoner case docketed with counsel. NOA filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera. [03-41492] (rjd) |
| 11/5/03 | Notice received on 10/29/03 from Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera that transcript is unnecessary. [03-41492] Transcript Order ddl satisfied. ROA due on 11/20/03. (cb) |
| 11/13/03 | Appearance form filed by Lisa S Brodyaga for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino. [03-41492] (sdh) |
| 11/17/03 | Appearance form filed by Jodilyn Marie Goodwin for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino. [03-41492] (jmm) |
| 12/2/03 | Record on appeal filed. Vol(s) of Pleadings: 1 Vol(s) of Transcripts: 2 Exhibits: 1 env. [03-41492] (ALWAYS SEND EXHIBITS WITH ROA). (sep) |
| 12/24/03 | Supplemental record on appeal filed. Supplement #: 1 Vol(s) of Pleadings: 8 Exhibits: 1 box (ALWAYS SEND WITH ROA) [03-41492] ROA ddl satisfied. (mts) |
| 1/12/04 | Briefing notice issued. [03-41492] A/Pet's Brief due on 2/23/04 for Nohemi Rangel-Rivera, for Praxedis Rodriguez, for Cesar Lucio, for Jose Martin Oviedo-Sifuentes, for Raul Hernandez Pantoja, for Manuel Sandoval-Herrera, for Daniel Carrizales-Perez, for Teodulo Cantu-Delgadillo, for Laura Estela Salazar-Regino. (mts) |

03-41492 Salazar-Regino, et al v. Trominski, et al

| | |
|---|---|
| 1/21/04 | Record on appeal released to attorney Lisa S Brodyaga for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino.  Volumes: 3 Supplemental Volumes: 8. [03-41492] (cpd) |
| 2/19/04 | Appearance form filed by Margaret J Perry for Appellee Charles Arendale, Appellee Aaron Cabrera, Appellee John Ashcroft, Appellee E M Trominski.  [03-41492] (rjd) |
| 2/20/04 | Motion filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera to hold case in abeyance [4757607-1] pending resolution of case 03-50907, alternatively to extend time to file appellant(s) brief for 30 days from the ruling on this motion [4757607-2] Response/Opposition due on 3/3/04.   Date of COS: 2/19/04  Sufficient [Y/N]: Y [03-41492] (rjd) |
| 2/20/04 | Exhibits filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera in support of motion to stay further proceedings in this court [4757607-1] by Appellant Laura Estela Salazar-Regino, Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, Rodriguez, Nohemi Rangel-Rivera, alternative motion to extend time to file Appellant's Brief [4757607-2] by Appellant Laura Salazar-Regino, Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, Praxedis Rodriguez, Nohemi Rangel-Rivera [4757797-1] [03-41492] (rjd) |

Docket as of October 5, 2005 4:29 pm                    Page 9

03-41492 Salazar-Regino, et al v. Trominski, et al

| | |
|---|---|
| 2/26/04 | Response/opposition filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale to motion to stay further proceedings in this court [4757607-1] by Appellant Laura Estela |

                Salazar-Regino, Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, Praxedis Rodriguez, Nohemi Rangel-Rivera Response/Opposition ddl satisfied. Reply to Resp/Opp due on 3/8/04. Date of COS: 2/25/04 Sufficient [Y/N]: Y [4761015-1] [03-41492] (cb)

3/8/04        Reply filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera to response/opposition [4761015-1], motion to stay further proceedings in this court [4757607-1], motion to extend time to file Appellant's Brief [4757607-2] Reply to Resp/Opp due ddl satisfied. Sufficient [Y/N]: Y [4771211-1] [03-41492] (cb)

3/8/04        Unopposed motion filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera to sever and hold in abeyance the cases of Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez-Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, and Praxedis Rodriguez. (INCORPORATED IN REPLY TO RESPONSE TO MOTION TO HOLD CASES IN ABEYANCE) [4771213-1] Date of COS: 3/6/04 Sufficient [Y/N]: Y [03-41492] (cb)

Docket as of October 5, 2005 4:29 pm        Page 10

---

03-41492 Salazar-Regino, et al v. Trominski, et al

3/16/04       COURT Order filed denying appellant's motion to stay this appeal pending resolution of the related appeal No. 03-50907 in this court [4757607-1], granting unopposed motion to extend time to file Appellant's Brief until 30 days after the ruling on the motion for stay [4757607-2] A/Pet's Brief ddl to 4/15/04 for Nohemi Rangel-Rivera, for Praxedis for Cesar Lucio, for Jose Martin Oviedo-Sifuentes, for Raul Hernandez Pantoja, for Manuel Sandoval-Herrera, for Daniel Carrizales-Perez, for Teodulo Cantu-Delgadillo, for Laura Estela Salazar-Regino. It is further ordered that the unopposed motion of the appeallants to sever the appeal as to appellants Teodulo Cantu-Delgadillo, Daniel Carrizales-Perez, Manuel Sandoval-Herrera, Raul Hernandez-Pantoja, Jose Martin Oviedo-Sifuentes, Cesar Lucio, and Praxedis Rodriguez only pending resolution of the appeal as to appellants Laura Estela Salazar-Regino and Nohemi Rangel-Rivera is denied. [4771213-1] (WED) Copies to all counsel. [03-41492] (sdh)

| | |
|---|---|
| 4/2/04 | Joint stipulation filed by parties to extend time to file appellant(s) brief until 30 days after receipt of the supplemented record. [4794168-1], to supplement the record on appeal with administrative record. [4794168-2] Sufficient [Y/N]: Y [03-41492] (cb) |
| 4/2/04 | Record on appeal released to attorney Lisa S Brodyaga for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino. Exhibits: 1 env & 1 box. [03-41492] (cpd) |
| 4/2/04 | CLERK Order filed granting in part motion to extend time to file Appellant's Brief [4794168-1] A/Pet's Brief ddl updated to 4/23/04 for Nohemi Rangel-Rivera, for Praxedis Rodriguez, for Cesar Lucio, for Jose Martin Oviedo-Sifuentes, for Raul Hernandez Pantoja, for Manuel Sandoval-Herrera, for Daniel Carrizales-Perez, for Teodulo Cantu-Delgadillo, for Laura Estela Salazar-Regino, mooting motion to supplement the record [4794168-2] Copies to all counsel. [03-41492] (jtr) |
| 4/2/04 | Joint stipulation filed by parties to sever seven of the cases from this appeal and/or hold them in abeyance pending a decision in the two lead cases of Salazar-Regino v. Trominski and Rangel-Rivera v. Cabrera. [4796330-1] Sufficient [Y/N]: Y [03-41492] (cb) |

Docket as of October 5, 2005 4:29 pm                     Page 11

---

03-41492 Salazar-Regino, et al v. Trominski, et al

| | |
|---|---|
| 4/13/04 | COURT Order filed granting joint motion filed by parties to sever seven of the cases from this appeal and/or hold them in abeyance pending a decision in the two lead cases of Salazar-Regino v. Trominski and Rangel-Rivera v. Cabrera. [4796330-1] (WED) Copies to all counsel. (sds) |
| 4/27/04 | Record on appeal returned to 5CCA. Volumes: 2 (Vols 2 & 3 only) Supplemental Volumes: 7 (Vols 1 - 7 only) Exhibits: 1 env; 1 box [03-41492] (sdh) |
| 4/27/04 | Record on appeal forwarded by Lisa S Brodyaga for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino to Margaret J Perry for Appellee Charles Arendale, Appellee Aaron Cabrera, Appellee John Ashcroft, Appellee E M Trominski. Volumes: 1 (Vol 1) Supplemental Volumes: 1 (Vol 8) Exhibits: 2 vols |

|  |  |
|---|---|
|  | out of box were forwarded. [03-41492] (sdh) |
| 4/27/04 | Appellant's Brief filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera. Copies of Brief: 7 # of pages: 51 Word count: 13,994 Date of COS: 4/23/04 Hand Delivered [Y/N]: N Disk Provided [Y/N]: N Sufficient [Y/N]: N NO DISK PROVIDED AND TITLE INCORRECT. [4820787-1] [03-41492] A/Pet's Brief ddl satisfied. E/Res's Brief due on 5/27/04 for Charles Arendale, for Aaron Cabrera, for John Ashcroft, for E M Trominski. Sufficient Brief due on 5/10/04 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino. (mts) |
| 4/27/04 | Record excerpts filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera # of copies: 4 Sufficient [Y/N]: N TITLE INCORRECT and MISSING TABS. [03-41492] Sufficient Record Excerpts due on 5/10/04 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino. (mts) |
| 4/27/04 | The attorney Thelma O Garcia for Nohemi Rangel-Rivera, attorney Thelma O Garcia for Praxedis Rodriguez, attorney Thelma O Garcia for Cesar Lucio, attorney Thelma O Garcia for Jose Martin Oviedo-Sifuentes, attorney Thelma O Garcia for Raul Hernandez Pantoja, attorney Thelma O Garcia for Manuel Sandoval-Herrera, attorney Thelma O Garcia for Daniel Carrizales-Perez, attorney Thelma O Garcia for Teodulo Cantu-Delgadillo, attorney Thelma O Garcia for Laura Estela Salazar-Regino not participating in case. [03-41492] (sep) |

Docket as of October 5, 2005 4:29 pm                    Page 12

03-41492 Salazar-Regino, et al v. Trominski, et al

| 4/29/04 | Letter filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera advising that this case is related to 03-20126, Madriz-Alvarado v. John Ashcroft [4819932-1] [03-41492] (SEND TO SCREENING JUDGE & PANEL) (jmw) |
|---|---|
| 5/13/04 | Unopposed motion filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale to extend time to file appellee(s) brief until 6/25/04 [4833538-1] Date of COS: 5/12/04 Sufficient [Y/N]: Y [03-41492] (cb) |
| 5/13/04 | CLERK Order filed granting unopposed motion to extend time to file Appellee's Brief [4833538-1] E/Res's Brief ddl updated to 6/25/04 for Charles Arendale, for Aaron Cabrera, for John Ashcroft, for E M Trominski. Copies to all counsel. [03-41492] (sdh) |

| Date | Entry |
|---|---|
| 5/20/04 | Record Excerpts made sufficient by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera [03-41492] Sufficient Record Excerpts ddl satisfied. (mts) |
| 6/7/04 | Brief made sufficient by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera Replacement Disk Provided [Y/N]: Y [03-41492] Sufficient Brief ddl satisfied. (mts) |
| 6/29/04 | Motion filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale for leave to file brief out of time. [4874498-1] Brief tendered? (Y/N): Y. Sufficient Mtn/Resp/Rpl due on 7/9/04 for Charles Arendale, for Aaron Cabrera, for John Ashcroft, for E M Trominski. Date of COS: 6/28/04 Sufficient [Y/N]: N Needs Cert. of Compliance. [03-41492] (cb) |
| 6/30/04 | Amended unopposed motion filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale for leave to file brief out of time. [4875939-1] Brief tendered? (Y/N): Y Date of COS: 6/29/04 Sufficient [Y/N]: Y [03-41492] (cb) |
| 6/30/04 | Declared moot is the motion to file brief out of time [4874498-1] by Appellee E M Trominski, John Ashcroft, Aaron Cabrera, Charles Arendale Response/Opposition ddl satisfied. (Amended motion filed 6/30/04) [03-41492] (cb) |
| 6/30/04 | CLERK Order filed granting appellees' unopposed motion to file brief out of time [4875939-1] Copies to all counsel. [03-41492] (jtr) |

Docket as of October 5, 2005 4:29 pm                Page 13

---

03-41492 Salazar-Regino, et al v. Trominski, et al

| Date | Entry |
|---|---|
| 6/30/04 | The attorney Lisa M Putnam for Charles Arendale, attorney Lisa M Putnam for Aaron Cabrera, attorney Lisa M Putnam for John Ashcroft, attorney Lisa M Putnam for E M Trominski not participating in case. [03-41492] (mts) |
| 6/30/04 | Appellee's Brief filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale. Copies of Brief: 7 # of pages: 52 Word count: 12,567 Date of COS: xx/xx/xx Hand Delivered [Y/N]: n Disk Provided [Y/N]: y Sufficient [Y/N]: n NO CERTIFICATE OF SERVICE. [4892508-1] [03-41492] E/Res's Brief ddl satisfied. Reply Brief due on 7/14/04 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino. Sufficient Brief due on 7/19/04 for Charles Arendale, for Aaron Cabrera, for John Ashcroft, for E M Trominski. (rsm) |
| 7/12/04 | Unopposed motion filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera to extend time to file reply brief until 7/26/04 [4892520-1] Date |

|          |                                                                                                                                                                                                                                                                                                                                  |
|----------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | of COS: 7/9/04 Sufficient [Y/N]: Y [03-41492] (pac)                                                                                                                                                                                                                                                                              |
| 7/12/04  | CLERK Order filed granting appellants' unopposed motion to extend time to file Reply Brief [4892520-1] Reply Brief ddl updated to 7/26/04 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino. Copies to all counsel. [03-41492] (pac)                                                                                     |
| 7/15/04  | Record on appeal released to attorney Lisa S Brodyaga for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino. Volumes: 2 (Vols 2 & 3) Supplemental Volumes: 7. [03-41492] (cpd) |
| 7/20/04  | Brief made sufficient by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale. Date of COS: 6/28/04. Replacement Disk Provided [Y/N]: N [03-41492] Sufficient Brief ddl satisfied. (sep)                                                                                             |
| 7/28/04  | Record on appeal returned to 5CCA. Volumes: 2 (Vols 2-3) Supplemental Volumes: 8 [03-41492] (cpd)                                                                                                                                                                                                                                |
| 7/29/04  | Reply brief filed by Appellant Laura Estela Salazar-Regino, Appellant Nohemi Rangel-Rivera. Copies of Brief: 7 # of pages: 27 Word count: 6,991 Date of COS: 7/26/04 Disk Provided [Y/N]: Y Sufficient [Y/N]: N ATTY INFO NOT ON COVER. [4900247-1] [03-41492] Sufficient Brief due on 8/9/04 for Nohemi Rangel-Rivera, for Laura Estela Salazar-Regino. Reply Brief ddl satisfied. (tdb) |

Docket as of October 5, 2005 4:29 pm                                        Page 14

---

03-41492 Salazar-Regino, et al v. Trominski, et al

| 7/29/04  | Record on appeal returned to 5CCA. Volumes: 1 (Vol 1) Exhibits: 1 env [03-41492] (cpd) |
| 8/4/04   | Brief made sufficient by Appellant Laura Estela Salazar-Regino Replacement Disk Provided [Y/N]: N [03-41492] Sufficient Brief ddl satisfied. (sep) |
| 10/6/04  | Supplemental authorities (FRAP 28(j)) filed by Appellee E M Trominski, Appellee John Ashcroft, Appellee Aaron Cabrera, Appellee Charles Arendale. [4964963-1] [03-41492] (SEND TO SCR. JUDGE & PANEL) (cpd) |
| 11/10/04 | Supplemental authorities (FRAP 28(j)) filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi |

|        |        |
|--------|--------|
|        | Rangel-Rivera. (SUBMIT TO SCREENING JUDGE & PANEL) [4996760-1] [03-41492] (sdh) |
| 3/11/05 | Case tentatively calendared for oral argument    Week of: 05/09/05. [03-41492] (gam) |
| 3/22/05 | Case calendared for oral argument.    [03-41492] (sme) |
| 4/7/05 | Filing letter of Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera dated 4/5/05 advising of a related appeal #04-41624 - Galvan v. Winfrey which is currently being briefed. Sufficient [Y/N]: Y. [03-41492] (cb) |
| 5/6/05 | Appearance form filed by Paul Fiorino for Appellee Alberto R Gonzales, Appellee E M Trominski. [03-41492] ( No. of forms filed: 1) (sme) |
| 5/9/05 | Supplemental authorities (FRAP 28(j)) filed by Appellee E M Trominski, Appellee Alberto R Gonzales. [5159200-1] [03-41492] (sme) |
| 5/10/05 | Supplemental authorities (FRAP 28(j)) filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera. [5160811-1] [03-41492] (sme) |

Docket as of October 5, 2005 4:29 pm                    Page 15

03-41492 Salazar-Regino, et al v. Trominski, et al

| | |
|--|--|
| 5/11/05 | Oral argument heard. Case argued by Lisa S Brodyaga for Appellant Nohemi Rangel-Rivera, Appellant Praxedis Rodriguez, Appellant Cesar Lucio, Appellant Jose Martin Oviedo-Sifuentes, Appellant Raul Hernandez Pantoja, Appellant Manuel Sandoval-Herrera, Appellant Daniel Carrizales-Perez, Appellant Teodulo Cantu-Delgadillo, Appellant Laura Estela Salazar-Regino, Paul Fiorino for Appellee Alberto R Gonzales, Appellee E M Trominski [03-41492] (sme) |
| 6/13/05 | Supplemental authorities (FRAP 28(j)) filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera. [5192300-1] [03-41492] (rjd) |

| Date | Entry |
|---|---|
| 6/16/05 | Supplemental authorities (FRAP 28(j)) filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera. [5196990-1] [03-41492] (rjd) |
| 6/30/05 | Opinion filed. Issd in T form? y Mandate pull date is 8/22/05. [03-41492] (jma) |
| 6/30/05 | Judgment entered and filed. [03-41492] (jma) |
| 8/9/05 | Unopposed motion filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera to extend time to file rehearing until 8/26/05. [5253358-1]  Date of COS: 8/8/05. Sufficient [Y/N]: Y. [03-41492] (cb) |
| 8/9/05 | CLERK Order filed granting appellants' unopposed motion to extend time to file rehearing [5253358-1] until 8/26/05. Mandate pull date updated to 8/29/05. Copies to all counsel. [03-41492] (rjd) |
| 8/12/05 | COURT Order filed vacating order ruling on unopposed motion to extend time to file rehearing [5253358-1], granting in part unopposed motion to extend time to file rehearing until 8/22/05 only. [5253358-1] Mandate pull date updated to 8/23/05.  (JES) Copies to all counsel. [03-41492] (cb) |

Docket as of October 5, 2005 4:29 pm                    Page 16

---

03-41492 Salazar-Regino, et al v. Trominski, et al

| Date | Entry |
|---|---|
| 8/18/05 | Petition filed by Appellant Laura Estela Salazar-Regino, Appellant Teodulo Cantu-Delgadillo, Appellant Daniel Carrizales-Perez, Appellant Manuel Sandoval-Herrera, Appellant Raul Hernandez Pantoja, Appellant Jose Martin Oviedo-Sifuentes, Appellant Cesar Lucio, Appellant Praxedis Rodriguez, Appellant Nohemi Rangel-Rivera for rehearing en banc. # of copies filed: 20 [5265122-1] Mandate pull date canceled.  Date of COS: 8/16/05  Sufficient [Y/N]: Y [03-41492] (rjd) |
| 9/27/05 | COURT Order filed denying petition for rehearing en banc [5265122-1]  With poll (Y/N)?: n Mandate pull date is 10/4/05.  ( ) Copies to all counsel. [03-41492] (lbm) |
| 9/28/05 | Record on appeal returned to 5CCA.  Volumes: 3 Supplemental Volumes: 8  Exhibits: 1 env, 1 box [03-41492] (rjd) |
| 10/3/05 | Record on appeal returned to 5CCA.  Exhibits: 1 box |

```
                    [03-41492] (rjd)

10/5/05         Mandate issued.  Approved BOC Issued (Y/N)?: n [03-41492]
                Mandate pull date satisfied. (ddv)

Docket as of October 5, 2005 4:29 pm                    Page 17
```
?

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/19/2005 15:34:37 | | | |
| PACER Login: | rd0243 | Client Code: | |
| Description: | dkt report | Case Number: | 03-41492 |
| Billable Pages: | 17 | Cost: | 1.36 |

**Note: The 'as of' date shown is the date of the last public or private docket entry. The docket does, however, show all entries as of today's date.**