UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| TEODULO CANTU-DELGADILLO, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, et al. ) <br> ) | C.A. B-02-114 |
| DANIEL CARRIZALOS-PEREZ, ) <br> ) <br> v. ) <br> ) <br> AARON CABRERA, et al. ) <br> ) | C.A. B-02-136 |
| MANUEL SANDOVAL-HERRERA, ) <br> ) <br> v. ) <br> ) <br> AARON CABRERA, et al. ) <br> ) | C.A. B-02-138 |
| RAUL HERNANDEZ-PANTOJA, ) <br> ) <br> v. ) <br> ) <br> JOHN ASHCROFT, et al. ) <br> ) | C.A. B-02-197 |
| JOSE MARTIN OVIEDO-SIFUENTES ) <br> ) <br> v. ) <br> ) <br> CHARLES ARENDALE, et al. ) <br> ) | C.A. B-02-198 |
| CESAR LUCIO, ) <br> ) <br> v. ) <br> ) <br> CHARLES ARENDALE, et al. ) <br> ) | C.A. B-02-225 |
| PRAXEDIS RODRIGUEZ-CASTRO ) <br> ) <br> v. ) <br> ) <br> AARON CABRERA, et al. ) <br> ) | C.A. B-02-228 |

**EXHIBIT "C" IN SUPPORT OF MOTION
TO RETURN CASE TO FIFTH CIRCUIT**

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 03-41492

LAURA ESTELA SALAZAR-REGINO

    Petitioner - Appellant

v.

E M TROMINSKI, District Director, INS;
JOHN ASHCROFT, US Attorney General

    Respondents - Defendants

TEODULO CANTU-DELGADILLO

    Petitioner - Appellant

v.

E M TROMINSKI, District Director, INS;
JOHN ASHCROFT, US Attorney General

    Respondents - Defendants

DANIEL CARRIZALES-PEREZ

    Petitioner - Appellant

v.

AARON CABRERA, Acting Director, INS, Acting Director
HLG/DO; JOHN ASHCROFT, Attorney General of the United States

    Respondents - Defendants

MANUEL SANDOVAL-HERRERA

    Petitioner - Appellant

v.

AARON CABRERA, Acting Director, INS;
JOHN ASHCROFT, Attorney General of the United States

    Respondents - Defendants

U.S. COURT OF APPEALS
FILED
APR 13 2004
CHARLES R. FULBRUGE III
    CLERK

RAUL HERNANDEZ PANTOJA

        Petitioner - Appellant

  v.

JOHN ASHCROFT, US Attorney General;
CHARLES ARENDALE, Acting Director

        Respondents - Defendants

---

JOSE MARTIN OVIEDO-SIFUENTES

        Petitioner - Appellant

  v.

CHARLES ARENDALE, Acting Director;
JOHN ASHCROFT, US Attorney General

        Respondents - Defendants

---

CESAR LUCIO

        Petitioner - Appellant

  v.

CHARLES ARENDALE, Acting Director
JOHN ASHCROFT, US Attorney General

        Respondents - Defendants

---

PRAXEDIS RODRIGUEZ

        Petitioner - Appellant

  v.

AARON CABRERA; JOHN ASHCROFT, US Attorney General

        Respondents - Defendants

---

NOHEMI RANGEL-RIVERA

        Petitioner - Appellant

  v.

AARON CABRERA; JOHN ASHCROFT

        Respondents - Appellees

```
           ----------------------
    Appeal from the United States District Court for the
           Southern District of Texas, Brownsville
           ----------------------
```

O R D E R :

IT IS ORDERED that the joint motion of the parties to sever seven of the consolidated cases and hold them in abeyance pending a decision in the two lead cases of Salazar-Regino v. Trominski, CA-B-02-45, and Rangel-Rivera v. Cabrera, CA-B-03-02 is *granted*

                                                  W. EUGENE DAVIS
                                       UNITED STATES CIRCUIT JUDGE

MOT-21