**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

TEODULO CANTU-DELGADILLO,          )
                                   )
v.                                 )
                                   )    CIVIL ACTION NO. B-02-114
E.M. TROMINSKI, et al.             )
_____)

DANIEL CARRIZALOS-PEREZ,           )
                                   )
v.                                 )
                                   )    CIVIL ACTION NO. B-02-136
AARON CABRERA, et al.              )
_____)

MANUEL SANDOVAL-HERRERA,           )
                                   )
v.                                 )
                                   )    CIVIL ACTION NO. B-02-138
AARON CABRERA, et al.              )
_____ )

RAUL HERNANDEZ-PANTOJA,            )
                                   )
v.                                 )
                                   )    CIVIL ACTION NO. B-02-197
JOHN ASHCROFT, et al.              )
_____ )

JOSE MARTIN OVIEDO-SIFUENTES       )
                                   )
v.                                 )
                                   )    CIVIL ACTION NO. B-02-198
JOHN ASHCROFT, et al.              )
_____ )

```
CESAR LUCIO                      )
                                 )
v.                               )    CIVIL ACTION NO. B-02-225
                                 )
CHARLES ARENDALE, et al.         )
_____)

PRAXEDIS RODRIGUEZ-CASTRO,       )
                                 )
v.                               )
                                 )    CIVIL ACTION NO. B-02-228
AARON CABRERA, et al.            )
_____)
```

**RESPONDENTS' NON-OPPOSITION TO
PETITIONERS' MOTION TO RETURN CASE TO THE
FIFTH CIRCUIT COURT OF APPEALS**

Respondents' in the above seven cases, consolidated by this Court, hereby notify the Petitioners and this Court that there is no opposition to Petitioners' motion to return the above-captioned cases to the Fifth Circuit Court of Appeals for further proceedings.

                              Respectfully submitted,

                              MICHAEL T. SHELBY
                              United States Attorney
                              Southern District of Texas

                              /s/ Lisa M. Putnam
                              LISA M. PUTNAM
                              Special Assistant U.S. Attorney
                              P.O. Box 1711
                              Harlingen, Texas 78551
                              Tel: (956) 389-7051
                              Georgia Bar No. 590315
November 4, 2005              Federal Bar No. 23937

                              2

CERTIFICATE OF SERVICE


I hereby certify that a true copy of Respondents' Non-Opposition to Petitioners' Motion to Return Case to Fifth Circuit Court of Appeals was electronically served upon Lisa Brodyaga, Esquire, and mailed by first class mail, postage prepaid, to:

>    Jodi Goodwin, Esquire
>    1322 E. Tyler
>    Harlingen, TX  78550

on this 4th day of November, 2005.



/s/ Lisa M. Putnam
LISA M. PUTNAM
Special Assistant United States Attorney