# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

MICHAEL N. MILBY, Clerk

OFFICE OF THE CLERK
600 E. HARRISON ST., #101
Brownsville, Texas 78520

**December 08, 2005**

Mr. Charles R. Fulbruge, III, Clerk                Re:  **Cesar Lucio** _____
U.S. Court of Appeals - Fifth Circuit
600 Camp Street, Room 102                              vs.
New Orleans, Louisiana 70130

**John Ashcroft, Attorney General**
**Of the United States, et al.**

 **CA B-02-225** _____

Dear Sir:

Pursuant to Administrative Order in accordance with the REAL ID Act dated July 8, 2005, issued by the United States Court of Appeals for the Fifth Circuit, the following documents are transmitted.  Please acknowledge receipt on the enclosed copy of this letter.


[**X**] Certified copy of the Order transferring the case and  docket entries.

[**X**] Record   consisting of___**1**___ Volume(s) of the record;  ___**0**___ Volume(s) of the transcript;

[ ] Other:_____


[**X**] U.S. District Judge entering the  order transferring this case is:_____
  ____**Hilda G. Tagle**_____

[ ] Court reporter assigned to this case is_____

[**X**] This case was transferred without a hearing, and, therefore, there will be no transcript.


Very Truly Yours,

MICHAEL N. MILBY, CLERK

BY: _____
Maricela Perez, Deputy Clerk


cc:     File